# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Defenders of Wildlife, et al., ) <br> ) <br>     Plaintiffs, ) <br> v. ) <br> ) <br> Benjamin Tuggle, Director, Region 2, United ) <br> States Fish and Wildlife Service, et al., ) <br> ) <br>     Defendant. ) <br> _____) <br> WildEarth Guardians and the Rewilding ) <br> Institute, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> United States Fish and Wildlife Service, and ) <br> United States Forest Service, ) <br> ) <br>     Defendants. ) <br> _____) | CV 08-280 TUC DCB <br> (Lead) <br><br><br><br><br><br><br><br> CV 08-820 PHX DCB <br> (Consolidated) <br><br><br><br> **ORDER** |

On December 3, 2009, by Consent Decree the lead case, CV 08-280 TUC DCB, was resolved. Plaintiff WildEarth Guardians is still proceeding with its case, CV 08-820 TUC DCB, and there are several motions pending. In an abundance of caution, the parties are filing briefs in both cases. This is unnecessary.

**Accordingly,**

**IT IS ORDERED** that the cases remain consolidated and all future filings shall

/////

/////

/////

1  remain filed in the Lead Case, CV 08-280 TUC DCB.

2  DATED this 14th day of December, 2009.

David C. Bury
United States District Judge